■ SAM F. LaFRANCO, Appellant-Respondent, v LAWRENCE F. RAY et al., Appellants, et al., Defendant.—Judgment unanimously affirmed, without costs, for reasons stated at Supreme Court, Rosenbloom, J. (Appeals from judgment of Supreme Court, Monroe County, Rosenbloom, J.—stock option.) Present —Dillon, P. J., Doerr, Green, Balio and Davis, JJ.

■ STEPHEN KOTARSKI, an Infant, by NANCY H. KOTARSKI, His Parent and Natural Guardian, et al., Appellants, v TOWN OF CLARENCE, Respondent, et al., Defendant. (And a Third-Party Action.)—Order unanimously affirmed, without costs *(see, Garrett v Town of Greece,* 78 AD2d 773, *affd* 55 NY2d 774; *Sanchez v Village of Liberty,* 42 NY2d 876). (Appeal from order of Supreme Court, Erie County, Wolf, J.—summary judgment.) Present—Dillon, P. J., Doerr, Green, Balio and Davis, JJ.